UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-21802-DPG

CARLOS BRITO,

    Plaintiff,

v.

ERT 163RD STREET MALL, LLC; MEGA FURNITURE LLC; and ROSS DRESS FOR LESS INC.,

    Defendants.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO, ("Plaintiff"), and Defendant, ERT 163RD STREET MALL, LLC ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled as to Defendant ERT 163RD STREET MALL, LLC only, and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on October 2, 2023.

| | |
|---|---|
| /s/ *Anthony J. Perez* | s/ *Beth S. Joseph* |
| ANTHONY J. PEREZ | BETH S. JOSEPH |
| Florida Bar No. 535451 | Florida Bar No. 0062952 |
| GARCIA-MENOCAL & PEREZ, P.L. | MORGAN, LEWIS & BOCKIUS LLP |
| 350 Sevilla Avenue, Suite 200 | 600 Brickell Avenue, Suite 1600 |
| Coral Gables, Fl 33134 | Miami, FL 33131 |
| Telephone: (305) 553- 3464 | Telephone: (305) 415-3308 |
| Email: ajperez@lawgmp.com | Email: bjoseph@morganlewis.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on October 2, 2023.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
jreyes@lawgmp.com

By: ___/s/ Anthony J. Perez_____
    ANTHONY J. PEREZ
    Florida Bar No.: 535451